UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN J. HILL,

    Plaintiff,

CASE NO.: 3:13-cv-304-J-39MCR

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY, an Illinois Corporation,

    Defendant.
_____/

## PLAINTIFF'S PROPOSED SUPPLEMENTAL VOIR DIRE QUESTIONS

Plaintiff, John J. Hill, in accordance with this Court's Third Amended Case Management and Scheduling Order of May 14th, 2014, hereby files this, his Proposed Supplemental Voir Dire Questions.

1. Have any of you had any medical or medical/psychological training?

    a. If so, in what fields of medicine/psychology were you trained?

2. Do any of you or any of your family members have any experience with traumatic brain injuries?

    a. If so, what was that experience and how was the injury caused?

    b. Are any of you aware or have you followed the recent news regarding traumatic brain injuries in sports, specifically in the NFL?

3. Have any of you or any of your family members ever been employed by an insurance company?

    a. If so, who had such employment?

  b. If so, what was the position of employment?

  c. If so, did you or your family member ever handle claims for bodily injuries?

4. Have any of you or any of your family members ever been a plaintiff in a lawsuit?

  a. If so, who was a plaintiff?

  b. If so, what was the nature of the lawsuit?

  c. If so, what was the outcome of that lawsuit?

  d. If so, was there anything that occurred in that lawsuit that you believe would prevent you from fairly evaluating this case and following the instructions given to you by the Judge?

5. Have any of you or any of your family members ever worked as a school teacher?

  a. If so, who was so employed?

  b. If so, what grade levels did that (those) person(s) teach?

  c. If so, did that (those) person(s) have any experience with teaching students with learning disabilities or at risk students?

6. Do you have any knowledge of the requirements placed on a person to become a school teacher?

  a. If so, what is the substance of that knowledge?

  b. Do you have any knowledge of the hiring practices and requirements?

  c. Do you have any knowledge of the systems with regard to becoming "certified"?

  d. Do you have any knowledge of how one becomes a teacher in a specialized area of study?

7. Have you or any of your family members ever had experience with learning disabilities children with special needs?

    a. If so, who had this experience and what was the nature of the experience?

8. Have you or any of your family members ever experienced a marital divorce?

    a. If so, how would you characterize the divorce proceeding?

9. Can all of you agree that when a person suffers an injury due to someone else's fault, the injured person should be made whole?

    a. Do any of you believe that lawsuit awards are too large?

    b. Do any of you believe that awards from lawsuits should be limited in their amount, regardless of the circumstances of the case?

        i. If so, do you have a specific amount that you believe should be the limit of the damages a plaintiff in a lawsuit should be allowed to receive?

    c. Can you all agree that you will put those beliefs aside if the Court instructs you that there are no limits to what can be awarded in this case?

DATED this 31st day of December, 2014.

Respectfully Submitted,

/s/Rod Smith
**Rod Smith, Esq.**
Florida Bar No. 202551
Attorney for Plaintiff
Avera & Smith, LLP
2814 SW 13th Street
Gainesville, FL  32608
(352) 372-9999/FAX 375-2526
rodsmith@avera.com
kcirigliano@avera.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 31st, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will act to serve the foregoing and Notice of Electronic Filing to all counsel of record in this matter.

                        AVERA & SMITH, LLP

                        /s/Rod Smith
                        **Rod Smith, Esq.**
                        Florida Bar No. 202551
                        Attorney for Plaintiff
                        Avera & Smith, LLP
                        2814 SW 13th Street
                        Gainesville, FL  32608
                        (352) 372-9999/FAX 375-2526
                       rodsmith@avera.com
                        kcirigliano@avera.com