IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JOHN J. HILL**,

    Plaintiff,

vs.                                                Case No.: 3:13-cv-304-J-39MCR

**STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY**,
An Illinois Corporation,

    Defendant.
_____/

## DEFENDANT'S PROPOSED VOIR DIRE

Defendant, State Farm Mutual Automobile Insurance Company, pursuant to the court's "Third Amended Case Management and Scheduling Order" (document 23), submits its proposed voir dire questions, numbered below. None of these duplicate questions contained in the "Juror Questionnaire in Civil Cases- Judge Davis" posted on this Court's website under "Case & Trial Management Preferences" for the Honorable Brian J. Davis.

### Proposed Voir Dire

Defendant requests that the court ask, or allow the attorneys to ask, the following questions of prospective jurors; including follow-up questions as appropriate. For example, when a prospective juror identifies potential bias or prejudice or even something as simple as a preconceived notion which could affect the prospective juror's ability to be fair and impartial, the essential follow-up question is whether the prospective

1

juror can set aside those feelings and decide the issues in the case solely on the bases of the evidence presented and the instructions given by the court.

**Individuals vs. Corporations**

1. Do you believe that companies like State Farm are entitled to the same consideration and justice in court as individuals? Why or why not?

**Issues and Burden of Proof**

2. State Farm has admitted that the driver of the vehicle which rear-ended the plaintiff's vehicle was negligent. Do you understand that, even though State Farm has admitted that the other driver was negligent, the plaintiff still has the burden of proof on the other issues, which are whether the negligence was a legal cause of the damages claimed by the plaintiff, whether the plaintiff suffered a permanent injury, and the extent of the plaintiff's damages, if any, caused by the negligence?

**Insurance Bias or Prejudice**

3. Do you have any positive of negative feelings about insurance companies in general? Please explain.

4. Have you ever had any dealings or experience or insurance with State Farm? Please tell us about that.

5. Do you have any positive of negative feelings about State Farm in particular? Please explain.

6. Do you have any experience with your insurance being canceled or with your insurance premiums going up or down, especially regarding your home or vehicles? Which companies? How do you feel about it?

7. (Follow-up on experience with insurance disputes or claims) What was the outcome? How do you feel about the outcome? Is there anything about your experience that would affect your ability to be fair in this case?

**Accident and Injuries**

8. Have you or members of your immediate family sustained injuries not involving car accidents or workers' compensation claims? Who was injured, how were they injured, what was the nature and extent of the injury, and what was the outcome?

**Experience with Psychology and Mental Health Counseling**

9. Have you or has anyone close to you had any education, training, or experience in psychology or mental health counseling? Please explain.

**Experience with Head or Brain Injury**

10. Have you or has anyone close to you ever suffered from a:

    a. Concussion;

    b. Brain Injury;

    c. Any kind of head trauma or head injury?

If so, explain the nature of the injury, and whether you or the individual had any long term effects from that injury.

11. Have you or anyone in your immediate family ever had to care for someone who suffered from a concussion or brain injury?  Please elaborate.

**Experience with Teachers**

12. Have you or immediate members of your family ever been employed as a teacher or school administrator?  If yes:

    a. What position did you or your family member hold and for how long?

    b. Where did you or the family member teach (grades and school system)?

    c. Did you or the family member like teaching?

**Knowledge or Interest in Current Affairs and Social Media**

13. Do you keep up with news and current events?  How?  What TV networks or stations?  What radio networks, stations, or commentators?  What internet sources?

14. Tell us a little bit about your knowledge or use of technology and social media.

    a. Do you use a computer on a regular basis?  For what?

    b. Do you have a smart phone?  How do you use it other than to talk by telephone and communicate by e-mail?

    c. Do you participate in any social media like Facebook, Twitter, or LinkedIn?

**Attorneys and Witnesses**

15. Do you know Rod Smith or Ben Steinberg or any employees of the law firm of Avera & Smith? Please elaborate.

16. Are you acquainted with any other attorneys? Who do you know and how do you know them?

17. Do you know or have you had dealings with any of the witnesses in this case? The potential witnesses are:

    a.  John J. Hill

    b.  Henry Warner, Jr.

    c.  Judith Allen

    d.  Douglas Allen

    e.  Eduardo Romero, M.D.

    f.  George Feussner, M.D.

    g.  Duane Dede, Ph.D

    h.  Glen Finney, M.D.

    i.  Frank Woodrich, Ph.D

    j.  Mannfred Greiffenstein, Ph.D

    k.  Susan Moffat

    l.  Martha Butler

    m.  Maceo Howell

    n.  Andrea Woolley

    o.  Teresa Lorencen

    p. Amy Raymer

Dated this 31st day of December 2014.

**O'HARA HALVORSEN HUMPHRIES, PA**

*/s/ Deborah A. Halvorsen*
_____
**Deborah A. Halvorsen**
Florida Bar No. 0978779
4811 Beach Boulevard, Suite 303
Jacksonville, Florida  32207
Telephone No. (904) 346-3166
Facsimile No. (904) 346-5445
deborah@ohhlaw.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of December, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a copy to Rod Smith, Esquire, Avera & Smith, LLP, 2814 SW 13th Street, Gainesville, Florida 32608, at rodsmith@avera.com and kcirigliano@avera.com.

*/s/ Deborah A. Halvorsen*
_____
Deborah A. Halvorsen